CHRISTOPHER T. SMITH, ESQ.
Nevada Bar No. 7917
LAW OFFICE OF CHRISTOPHER T. SMITH
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (702) 343-4193
Facsimile: (702) 537-5736
ctsmith@attorneyctsmith.com
Attorney for Debtor Traci Nichal Turner

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE TRACI NICHAL TURNER,

Debtor.

Case Number: 06-13358-mkn
Chapter 11

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes):

   _X_ Voluntary Petition (specify reason for amendment) __add trade name used by debtor__
   ___ Summary of Schedules
   ___ Schedule A - Real Property
   ___ Schedule B - Personal Property
   ___ Schedule C - Property Claimed as Exempt
   ___ Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders
      ___    Add/delete creditor(s), change amount or classification of debt - $26.00 fee required
      ___    Add/change address of already listed creditor – No fee
   ___ Schedule G – Schedule of Executory Contracts and Unexpired Leases
   ___ Schedule H - Codebtors
   ___ Schedule I - Current Income of Individual Debtor(s)
   ___ Schedule J - Current Expenditures of Individual Debtor(s)
   ___ Declaration Concerning Debtor's Schedules
   ___ Statement of Financial Affairs and/or Declaration
   ___ Chapter 7 Individual Debtor's Statement of Intention
   ___ Disclosure of Compensation of Attorney for Debtor
   ___ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C)
   ___ Certification of Credit Counseling

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to U.S. Trustee's website on our website: www.nvb.uscourts.gov

## DECLARATION

I/We, declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

DATED: ____1/16/2007____ Signature ____/s/ Traci Nichal Turner____
                                            Debtor

-1-
In re Traci Nichal Turner
Amendment Cover Sheet

LAW OFFICE OF CHRISTOPHER T. SMITH
10161 PARK RUN DRIVE, SUITE 150 • LAS VEGAS, NEVADA 89145
PHONE (702) 343-4193 • FACSIMILE (702) 537-5736
ctsmith@attorneyctsmith.com

| Official Form 1 (10/05) | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | **Voluntary Petition** |
|---|---|---|

| Name of debtor (if individual, enter Last, First, Middle): Turner, Tracy Nichal | Name of Joint Debtor (Spouse)(Last, First, Middle) N/A, |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): Tyjo, Inc. | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): N/A |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all): SSN: 6363; EIN: 02-0611767 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No., (if more than one, state all); N/A |
| Street Address of Debtor (No. & Street, City, State, & Zip Code) 734 Brown Street Santa Rosa, CA 95404 | Street Address of Joint Debtor (No. & St., City, State & Zip Code) N/A |
| County of Residence or of the Principal Place of Business: Sonoma County, CA | County of Residence or of the Principal Place of Business: N/A |
| Mailing Address of Debtor (if different from street address): N/A | Mailing Address of Joint Debtor (if different from street address): N/A |

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|

| **Type of Debtor** (Form of Organization) (Check one box) | **Nature of Business** (Check all applicable boxes) | **Chapter or Section of Bankruptcy Code Under Which the Petition is filed** (Check one box) |
|---|---|---|
| ☒ Individual(s)(Inc. joint debtors) <br> ☐ Corporation (Inc. LLC, LLP) <br> ☐ Partnership <br> ☐ Other: (If the debtor is not one of the above entities, check this box and provide the information requested below) <br> State type of entity_____ | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. 101 (51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☐ Nonprofit Organization qualified under 26 U.S.C. 501(c)(3) | ☐ Chapter 7    ☒ Chapter 11 <br> ☐ Chapter 9    ☐ Chapter 12 <br> ☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding <br><br> **Nature of Debts** (Check one box) <br><br> ☒ Consumer/Non-Business    ☐ Business |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached <br> ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(e). See Official Form No. 3A. <br> ☐ Filing Fee waiver requested (Applicable to Chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: <br> ☐ Debtor is a small business as defined in 11 U.S.C. 101 <br> ☒ Debtor is Not a small business as defined in 11 U.S.C. 101 <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> Check if: <br> ☒ Debtor 's aggregate noncontingent liquidated debts owed to noninsiders or affiliates are less than $2 million |

| Statistical/Administrative Information (estimates only) <br> ☐ Debtor estimates that funds will be available for distribution to unsecured creditors, <br> ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 49-99 | 100-199 | 200-999 | 1000-5000 | 5001-10000 | 10001-25000 | 25001-50000 | 50001-100000 | OVER 100000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Form Published by: Law Disks, 734 Franklin Avenue, Garden City, NY 11530    www.lawdisks.com

| **Voluntary Petition**<br>(This page must be completed and filed in every case.) | Name of Debtor(s):<br>TURNER, TRACI NICHAL, | **FORM B1, Page 2** |
|---|---|---|

| **Prior Bankruptcy Case Filed Within the last 8 Years** (if more than one, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where filed: N/A | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>N/A | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if the Debtor is required to file periodic reports (e.g., forms 10K and 10Q with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if Debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter.<br>I further certify that I have delivered to the debtor the notice required by §342 of the Bankruptcy Code.<br><br>X<br><br>Christopher T. Smith, Esq., Attorney for Debtor(s) |

| **Exhibit C** | **Certification Concerning Debt Counseling<br>By Individual/Joint Debtors** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made part of this petition.<br>☒ No | ☒ I/we have received approved budget and credit counseling during the 180 day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based upon exigent circumstances. (Must attach certification describing.) |

### Information Regarding the Debtor (Check the Applicable Boxes)
Venue: (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court ] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
Check all applicable boxes.

☐ Landlord has a judgment against the debtor for possession of the debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** (This page must be completed and filed in every case.) | Name of Debtor(s): TURNER, TRACI NICHAL.                                   **FORM B1, Page 3** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If the petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 11 .

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained the read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Traci Nichal Turner

TRACI NICHAL TURNER, Debtor

X

, Joint Debtor

Telephone Number (If not represented by attorney)
January 16, 2007
Date

### Signature of Attorney

X /s/ Christopher T. Smith, Esq.

Signature of Attorney for Debtor(s)
Print below: Attorney Name, Code, Firm, Address, Telephone No:
Christopher T. Smith, Esq.  Bar Number/Code: NV: 7917
Law Office of Christopher T. Smith
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 343-4193

January 16, 2007
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X

Signature of Authorized Individual

X

Printed Name of Authorized Individual

X

Title of Authorized Individual

X

Date

### Signature of A Foreign Representative of a Recognized Foreign Proceeding

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

X

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110: (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section. Official Form 19B is attached.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.) (Required by 11 U.S.C. § 110.)

Address
X_

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

[Publisher's Note: This form is NOT intended to be used by nonattorney bankruptcy-petition preparers: Schedules do not contain all disclosures required for use by nonattorney bankruptcy-petition preparers.]