CHRISTOPHER T. SMITH, ESQ.
Nevada Bar No. 7917
LAW OFFICE OF CHRISTOPHER T. SMITH
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (702) 343-4193
Facsimile: (702) 537-5736
ctsmith@attorneyctsmith.com
Attorney for Debtor Traci Nichal Turner

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE TRACI NICHAL TURNER,<br><br>          *Debtor.* | Case Number: 06-13358-mkn<br>Chapter 11 |

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes):

___ Voluntary Petition (specify reason for amendment) _____
___ Summary of Schedules
___ Schedule A - Real Property
_X_ Schedule B - Personal Property
___ Schedule C - Property Claimed as Exempt
___ Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders
    ___ **Add/delete creditor(s), change amount or classification of debt - $26.00 fee required**
    ___ **Add/change address of already listed creditor – No fee**
___ Schedule G – Schedule of Executory Contracts and Unexpired Leases
___ Schedule H - Codebtors
___ Schedule I - Current Income of Individual Debtor(s)
___ Schedule J - Current Expenditures of Individual Debtor(s)
___ Declaration Concerning Debtor's Schedules
___ Statement of Financial Affairs and/or Declaration
___ Chapter 7 Individual Debtor's Statement of Intention
___ Disclosure of Compensation of Attorney for Debtor
___ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C)
___ Certification of Credit Counseling

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to U.S. Trustee's website on our website: www.nvb.uscourts.gov

**DECLARATION**
I/We, declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

DATED: ____1/16/2007____   Signature _____/s/ Traci Nichal Turner_____
                                                                   Debtor

In re: TRACI NICHAL TURNER
Debtor

Case No: 06-13358-mkn

## SCHEDULE B— PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G— Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | $1,000 Cash | W | $1,000 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses; or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | $2,500 Rental Deposit | W | $2,500 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture at 734 Brown Street residence | W | $3,000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books in personal collection | W | $300 |
| 6. Wearing apparel. | | Personal Clothing | W | $1,500 |
| 7. Furs and jewelry. | | Personal Jewelry | W | $1,000 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Sports Equipment | W | $500 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize, and name each issuer. | X | | | |

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interests. 11 U.S.C. 523(c) Rule 1007(b) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 1500 shares of Tyjo, Inc. with no par value. | W | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Child Support | W | $325/month |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Consumer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office supplies and equipment in personal possession | W | $2,200 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Other equipment | W | $800 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops— growing or harvested. give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _0_ continuation sheets attached | Total | $13,125.00 |

Include amounts from any continuation sheets attached.
Report also on Summary of Schedules.