Entered on Docket
January 26, 2007

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

---

Stephanie Cooper Christensen, Esquire
Nevada Bar No. 005919
THE COOPER CASTLE LAW FIRM, LLP
820 South Valley View Blvd.
Las Vegas, NV 89107
Bev@ccfirm.com
(702) 435-4175/(702) 435 4181 (facsimile)
794.30020

Attorney for Secured Creditor PEOPLE'S CHOICE HOME LOAN, INC.
(1ST Deed of Trust)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TRACI N. TURNER,<br><br>Debtor(s) | CHAPTER 11<br>BANKRUPTCY NO.: 06-13358-MKN<br>DATE: January 22, 2007<br>TIME: 9:30 AM<br>MOTION NO.: _____ |

## ORDER DENYING REQUEST TO TERMINATE THE AUTOMATIC STAY

The matter having been heard by the Court, the Hon. Mike K. Nakagawa presiding, with counsel for Secured Creditor, Michael W. Chen, Esq., and counsel for the Debtor, Christopher T. Smith, Esq., appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Secured Creditor's request to terminate the automatic stay in the above-entitled Bankruptcy case, and with respect to the first position lien interest on the property located and generally described as: 1952 Napolean Dr., Las Vegas, NV 89156, ("Property" herein) and legally described as follows:

PARCEL ONE:

LOT 15 IN BLOCK 1 OF SORELL ESTATE PHASE II AS SHOWN BY MAP THEREOF ON FILE IN BOOK 42 OF PLATS, PAGE 8 AND AS AMENDED BY AMENDED SORELL ESTATES PHASE II AS RECORDED IN BOOK 45 OF PLATS PAGE 97, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES OVER THE COMMON AREAS AND OVER THOSE PORTIONS OF THE ASSOCIATION PROPERTIES COMPRISED OF THE RECREATION AREA EASEMENT ALL AS SHOWN, DESCRIBED AND LIMITED IN THE PLAN, THE NOTICE AND DECLARATION.

APN 140-23-712-012

Is <u>denied</u>.

    IT IS SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

    THE COOPER CHRISTENSEN LAW FIRM, LLP

By: _____  Date: 1/23/07
    Stephanie Cooper Christensen, Esq.
    Attorney for Secured Creditor

Approved/Disapproved as to form and content:

By: ___*see attached*_____  Date: _____
    Christopher T. Smith, Esq.
    Attorney for the Debtors

1. LOT 15 BLOCK 1 OF SORELL ESTATE PHASE II AS SHOWN BY MAP
2. THEREOF ON FILE IN BOOK 42 OF PLATS, PAGE 8 AND AS AMENDED
   BY AMENDED SORELL ESTATES PHASE II AS RECORDED IN BOOK 45
3. OF PLATS PAGE 97, IN THE OFFICE OF THE COUNTY RECORDER OF
   CLARK COUNTY, NEVADA.
4.
   PARCEL TWO:
5.
   NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS,
6. ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR
   OTHER PURPOSES OVER THE COMMON AREAS AND OVER THOSE
7. PORTIONS OF THE ASSOCIATION PROPERTIES COMPRISED OF THE
   RECREATION AREA EASEMENT ALL AS SHOWN, DESCRIBED AND
   LIMITED BY THE PLAN, THE NOTICE AND DECLARATION.
8.
   APN 140-23-711-012
9.
   Is denied.
10.
11.     IT IS SO ORDERED this _____ day of _____, 2007.
12.                                        _____
                                           UNITED STATES BANKRUPTCY JUDGE
13. Submitted by:
14.     THE COOPER CHRISTENSEN LAW FIRM, LLP
15. By: _____  Date: 1/23/07
        Stephanie Cooper-Christensen, Esq.
16.     Attorney for Secured Creditor
17. Approved/Disapproved as to form and content:
18. By: _____  Date: 1/23/07
        Christopher P. Burke, Esq.
19.     Attorney for the Debtors
20.
21.
22.
23.
24.
25.

1  ALTERNATIVE METHOD re:RULE 9021:

2  In accordance with Local Rule 9021, the undersigned certifies:

3      ____The court waived the requirements of LR 9021.
    ✓ I Have delivered a copy of this proposed order to all attorneys and unrepresented parties wo appeared at the hearing regarding this matter and/or who filed a written objection and each has: ✓

    ____approved the form of this order:
    ____waived the right to review the order and/or
    ____filed to file and serve papers in accordance with LR 9021(c)

    ____I have delivered a copy of this proposed order to all attorneys and unrepresented paries who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, wiaved the right to review the order, failed to file and serve papers in accordance with LR 9021 (c) and the following have disapproved the form of the order:
    (list parties)

    ____No opposition was filed to the motion and no other party or counsel appeared at the hearing.

###