

1

2

3    **Entered on Docket**
**February 08, 2007**

4                                                        _____
                                                       **Hon. Mike K. Nakagawa**
5                                                      **United States Bankruptcy Judge**

6    Stephanie Cooper Christensen, Esquire
     Nevada Bar No. 005919
7    THE COOPER CASTLE LAW FIRM, LLP
     820 South Valley View Blvd.
8    Las Vegas, NV 89107
     Bev@ccfirm.com
9    (702) 435-4175/(702) 435 4181 (facsimile)
     794.30020
10
     Attorney for Secured Creditor PEOPLE'S CHOICE HOME LOAN, INC.
11   (2nd Deed of Trust)

12                      UNITED STATES BANKRUPTCY COURT
                              DISTRICT OF NEVADA
13
     In re:
14
           TRACI N. TURNER,                    CHAPTER 11
15                                             BANKRUPTCY NO.: 06-13358-MKN
                   Debtor(s)                   DATE:  January 22, 2007
16                                             TIME:  9:30 AM
                                               MOTION NO.: _____
17

18              **ORDER TERMINATING THE AUTOMATIC STAY**

19          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay in

20   the above-entitled Bankruptcy case is immediately extinguished for all purposes as to Secured

21   Creditor, PEOPLE'S CHOICE HOME LOANS, INC., its assignees and/or successors in interest,

22   who may proceed with a foreclosure of and hold a Trustee's Sale of the subject Property and take

23   all steps necessary to regain title, interest and possession in accordance with their contractual

24   rights and statutory remedies with respect to its second position lien interest on the property

25   located and generally described as:  1952 Napolean Dr., Las Vegas, NV 89156, ("Property"

     herein) and legally described as follows:

PARCEL ONE:

LOT 15 IN BLOCK 1 OF SORELL ESTATE PHASE II AS SHOWN BY MAP THEREOF ON FILE IN BOOK 42 OF PLATS, PAGE 8 AND AS AMENDED BY AMENDED SORELL ESTATES PHASE II AS RECORDED IN BOOK 45 OF PLATS PAGE 97 , IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES OVER THE COMMON AREAS AND OVER THOSE PORTIONS OF THE ASSOCIATION PROPERTIES COMPRISED OF THE RECREATION AREA EASEMENT ALL AS SHOWN, DESCRIBED AND LIMITED IN THE PLAN, THE NOTICE AND DECLARATION.

APN 140-23-712-012

IT IS SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

THE COOPER CHRISTENSEN LAW FIRM

By: _____  Date: 1/29/0 7
Stephanie Cooper Christensen, Esq.
Attorney for Secured Creditor
CHASE MANHATTAN MORTGAGE CORPORATION

Approved/Disapproved as to form and content:

By: _____  Date: _____
Christopher T. Smith, Esq.
Attorney for the Debtors

PARCEL ONE:

LOT 15 IN BLOCK 1 OF SORELL ESTATE PHASE II AS SHOWN BY MAP
THEREOF ON FILE IN BOOK 42 OF PLATS, PAGE 8 AND AS AMENDED
BY AMENDED SORELL ESTATES PHASE II AS RECORDED IN BOOK 45
OF PLATS PAGE 97 , IN THE OFFICE OF THE COUNTY RECORDER OF
CLARK COUNTY, NEVADA.

PARCEL TWO:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS,
ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR
OTHER PURPOSES OVER THE COMMON AREASAND OVER THOSE
PORTIONS OF THE ASSOCIATIONPROPERTIES COMPRISED OF THE
RECREATION AREA EASEMENT ALL AS SHOWN, DESCRIBED AND
LIMITED IN THE PLAN, THE NOTICE AND DECLARATION.

APN 140-23-712-012

IT IS SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

THE COOPER CHRISTENSEN LAW FIRM

By: _____  Date: 1/29/0 7
Stephanie Cooper Christensen, Esq.
Attorney for Secured Creditor
CHASE MANHATTAN MORTGAGE CORPORATION

Approved/Disapproved as to form and content:

By: _____  Date: 2/2/07
Christopher T. Smith, Esq.
Attorney for the Debtors

1  ALTERNATIVE METHOD re:RULE 9021:

2  In accordance with Local Rule 9021, the undersigned certifies:

3        _____ The court waived the requirements of LR 9021.

4        _____ I Have delivered a copy of this proposed order to all attorneys and unrepresented
   parties wo appeared at the hearing regarding this matter and/or who filed a written objection and

5  each has:
        _____ approved the form of this order:

6        _____ waived the right to review the order and/or
        _____ filed to file and serve papers in accordance with LR 9021(c)

7
        _____ I have delivered a copy of this proposed order to all attorneys and unrepresented

8  paries who appeared at the hearing regarding this matter and/or who filed a written objection and
   all have either approved the form of this order, wiaved the right to review the order, failed to file

9  and serve papers in accordance with LR 9021 (c) and the following have disapproved the form of
   the order:

10     (list parties)

11       _____ No opposition was filed to the motion and no other party or counsel appeared at

12  the hearing.

13
                                          ###

14

15

16

17

18

19

20

21

22

23

24

25