**Entered on Docket**
**July 31, 2007**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

STEPHANIE L. COOPER, ESQ.
Nevada Bar No. 5919
MICHAEL W. CHEN, ESQ.
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
(fka The Cooper Christensen Law Firm, LLP)
820 S. Valley View Blvd.
Las Vegas, Nevada 89107
Telephone:  702-435-4175
Facsimile: 702-435-4181
7964.30019 (1st lien)

Attorney for Secured Creditor
People's Choice Home Loans, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| **IN RE Traci Nichal Turner,** | )  CHAPTER 11 |
| | )  BANKRUPTCY NO: 06-13358-MKN |
| | ) |
| Debtor. | )  <u>Hearing</u> |
| | )  DATE: July 9, 2007 |
| | )  TIME:  9:30 a.m. |
| | )  COURTROOM: 2 |
| | ) |
| _____ | ) |

### <u>ORDER VACATING THE AUTOMATIC STAY</u>

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, with STEPHANIE L. COOPER, ESQ. of the law firm of The Cooper Castle Law Firm, appearing on behalf of Secured Creditor, ("Secured Creditor") and TRACI NICHAL TURNER, appearing in Proper Person, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor's 1st position lien and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as **1952 NAPOLEON DRIVE, LAS VEGAS, NV 89156** and legally described in the attached Exhibit "A" pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of foreclosure sale of the subject property in compliance with the notice requirements set forth in Chapter 107 of Nevada Revises Statutes.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that as to any interest the U.S. Trustee may have in the subject property, the Automatic Stay in the above-entitled Bankruptcy proceeding is immediately vacated and extinguished for all purposes with respect to Secured Creditor.

Submitted by:

The Cooper Castle Law Firm

By_____
   **STEPHANIE L. COOPER, ESQ.**
   Nevada Bar No. 5919
   820 S. Valley View Blvd.
   Las Vegas, Nevada 89107
   Telephone:  702-435-4175
   Facsimile: 702-435-4181


APPROVED AS TO FORM & CONTENT:

By____*see attached*_____
   Christopher T. Smith, Esq.
   Attorney for Debtor

APPROVED AS TO FORM & CONTENT:

By *See attached*

Traci Nichal Turner
Debtor

APPROVED AS TO FORM & CONTENT:

By *See attached*

United States Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

_____The court has waived the requirement of approval under LR 9021.

_____No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

Christopher Smith, Esq. – failed to respond

U.S. Trustee – failed to respond

Traci Turner -- failed to respond

###