**Entered on Docket
September 26, 2007**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

CHRISTOPHER T. SMITH, ESQ.
Nevada Bar No. 7917
LAW OFFICE OF CHRISTOPHER T. SMITH
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (702) 343-4193
Facsimile: (702) 537-5736
ctsmith@attorneyctsmith.com
Attorney for Debtor Traci Nichal Turner

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE<br><br>TRACI NICHAL TURNER,<br><br>              *Debtor.* | Case Number: 06-13358-mkn<br><br>Chapter 11 |

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD

The Motion of Christopher T. Smith, Esq. to withdraw as attorney of record for Debtor Traci Nichal Turner, having come before this court for hearing on September 17, 2007 at 9:30 a.m., Christopher T. Smith, Esq. present on his own behalf, no other parties appearing and no opposition having been filed, and based upon the pleadings and papers on file herein and good cause appearing therefore,

…

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Christopher T. Smith, Esq.'s Motion to Withdraw as Attorney of Record is hereby GRANTED.

IT IS FURTHER ORDERD, ADJUDGED AND DECREED that Christopher T. Smith, Esq. is no longer attorney of record for Debtor Traci Nichal Turner in the above-entitled action.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2007.

By:_____
Bankruptcy Court Judge

**CERTIFICATION OF COUNSEL**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☒ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Submitted by:

By: _/s/ Christopher T. Smith___
CHRISTOPHER T. SMITH, ESQ.
Nevada Bar No.: 7917
LAW OFFICE OF CHRISTOPHER T. SMITH
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Attorney for Debtor Traci Nichal Turner

###