

Entered on Docket
**April 07, 2008**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
**McCarthy & Holthus, LLP**
811 South Sixth Street
Las Vegas, NV 89109
KHintz@mccarthyholthus.com
Phone (702) 990-3847
Fax (866) 339-5691

Attorney for: Secured Creditor,
J.P. Morgan Mortgage Acquisition Corp.,
its assignees and/or successors and its
servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: BK-S 06-13358-MKN |
| | ) |
| Traci Nichal Turner, | ) Chapter 11 |
| | ) |
| Debtor(s). | ) DATE: 03/26/2008 |
| | ) TIME: 9:30AM |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

The Motion for Relief From Automatic Stay came on regularly for hearing at the date and

time set forth above before the United States Bankruptcy Court. Upon review of the Motion and

supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of

Movant in the real property commonly known as 853 Ashford Way, Henderson, NV 89015.

M&H File No. 08-4031
BK-S 06-13358-MKN

1    IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies,

2  including any unlawful detainer action, in compliance with applicable law.

3    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon entry of this

4  Order, Secured Creditor hereby withdraws its Proof of Claim for secured pre-petition arrears

5  filed in this matter.  However, any sums paid to date shall be allowed.  Secured Creditor may

6  thereafter file an unsecured Proof of Claim no later than forty-five days after the foreclosure sale.

7

8    IT IS SO ORDERED.

9

10  Submitted by:

11

12  /s/Kristin A. Schuler-Hintz
   Kristin A. Schuler-Hintz, Esq.
   811 South Sixth Street
13  Las Vegas, NV 89109
   Phone (702) 990-3847

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: None

/s/ Kristin A. Schuler-Hintz, Esq.
Kristin A. Schuler-Hintz, Esq., SBN 7171

### #

M&H File No. 08-4031
BK-S 06-13358-MKN