**Entered on Docket
July 14, 2008**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
J. MICHAL BLOOM, Attorney
State Bar # NV 4706
j.michal.bloom@usdoj.gov
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 229
Facsimile:  (702) 388-6658

Attorneys for the Acting United States Trustee
    SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br><br> **TRACY NICHAL TURNER,** <br><br><br><br><br> Debtor. | CASE NO: BK-**S**-06-13358-mkn <br><br> Chapter 11 <br><br> Date: July 9, 2008 <br> Time: 9:30 a.m. |

## ORDER CONVERTING CASE TO CHAPTER 7

Based on the Acting United States Trustee's Motion to Convert Case to Chapter 7, the hearing held on July 9, 2008, (appearances noted on the record), and good cause having been shown,

1 **IT IS HEREBY ORDERED** that this case is converted to one under Chapter 7.

3 Submitted by:

5 **SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
6 **REGION 17**

8 By: */s/ J. Michal Bloom*
J. Michal Bloom, Esq.
Attorney for the Acting United States Trustee
9 United States Department of Justice

**RULE 9021 DECLARATION**

In accordance with Local Rule 9021, the undersigned certifies that:

☐ The Court has waived the requirements of Local Rule 9021.

☒ No parties appeared or filed written objections.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection, and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with Local Rule 9021(c), as indicated as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 9, 2008

                              SARA L. KISTLER
                              ACTING UNITED STATES TRUSTEE
                              REGION 17

By:  */s/ J. Michal Bloom*
      J. Michal Bloom, Esq.
      United States Department of Justice
      Attorney for the Acting United States Trustee

###