**Entered on Docket
November 04, 2008**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

---

**WILLIAM A. LEONARD, JR.**
5030 Paradise Road, #B216
Las Vegas, NV 89119
(702) 262-9322
KaseyBK@cox.net
TRUSTEE

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-S 06-13358 MKN |
| TRACI TURNER | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ORDER DISMISSING CASE |
| Debtor(s) | Date:  October 22, 2008
Time:  11:00 a.m.
Place: Foley Bldg., Third Floor |

    The Trustee's Motion for an Order to Dismiss Case came on regularly for hearing on October 22, 2008, before a United States Bankruptcy Judge. WILLIAM A. LEONARD, JR., Trustee, appeared personally, and other appearances are as noted on the record. The Court finding that notice was given to the Debtor, Debtor's attorney, creditors, and all interested parties, no response having been filed or heard, and good cause appearing therefor,

    **IT IS HEREBY ORDERED** as follows:

    1.  This Chapter 7 case is dismissed;

    2.  The Trustee is discharged from office, the Trustee's bond is exonerated and this case is ordered closed; and

1

3. The Clerk of the Court shall provide notice to all creditors and interested parties of the dismissal of this case.

Submitted by:

/s/ William A. Leonard, Jr
WILLIAM A. LEONARD, JR
Trustee

In accordance with LR 9021, the Trustee submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_√_ No parties appeared or filed written objections.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

###